**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Fermin Zepeda Jr. v. The State of Texas

Appellate case number:    01-11-00094-CR

Trial court case number:  1255373

Trial court:              176th District Court of Harris County, Texas

An abatement hearing record complying with our Order of Abatement has been filed with this Court. Therefore, we order the appeal **reinstated**.

Per the trial court's order to appellant's counsel, appellant's brief is due by August 30, 2012. Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
            ☑ Acting individually     ☐ Acting for the Court

Date: August 28, 2012